UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
WOLF STEIN, individually and on
behalf of all others similarly situated,
                     Plaintiff,

v.                                        **ORDER OF PARTIAL**
                                        **DISMISSAL**

EXPERIAN INFORMATION
SOLUTIONS, INC.; EQUIFAX                19 CV 269 (VB)
INFORMATION SERVICES, LLC; and
JOHN DOES 1–25,
                     Defendants.
--------------------------------------------------------x

       The Court has been advised that plaintiff has reached a settlement agreement with defendant Equifax Information Services, LLC ("Equifax"). (Doc. #45). Accordingly, it is hereby ORDERED that this action is dismissed without prejudice as to Equifax only. Any application to rejoin Equifax must be made by no later than June 11, 2019. To be clear, any application to rejoin Equifax must be filed by June 11, 2019, and any application to rejoin Equifax filed thereafter may be denied solely on the basis that it is untimely.

       The Clerk is instructed to terminate defendant Equifax Information Services, LLC.

Dated: April 12, 2019
       White Plains, NY

                                              SO ORDERED:

                                              Vincent L. Briccetti
                                              United States District Judge