# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WOLF STEIN, individually and on behalf of all others similarly situated. | Civil Action No. 7:19-cv-269-VB |
| Plaintiff, | |
| -against- | |
| EXPERIAN INFORMATION SOLUTIONS, INC., ET AL. | |
| Defendants. | |

**SO ORDERED:**

/s/ Vincent Briccetti

Hon. Vincent L. Briccetti
United States District Judge  5/22/2019

## JOINT STIPULATION AND ORDER OF PARTIAL DISMISSAL

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between Plaintiff Wolf Stein ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), that pursuant to Federal Rule of Civil Procedure 41 all <u>individual claims</u> of Plaintiff in this action, including all claims asserted in Plaintiff's Class Action Complaint, are dismissed <u>**with prejudice**</u> as to Wells Fargo, with Plaintiff and Wells Fargo to bear their own fees and costs. The Parties stipulate that any claims of absent putative class members asserted against Wells Fargo are dismissed <u>**without prejudice**</u>. ~~The action should be marked closed.~~

DATED: 5/16, 2019.

/s/ Dov Mittelman

Dov Mittelman, Esq.
Stein Saks, PLLC
285 Passaic Street
Hackensack, NJ 07601
(201) 282-6500 ext. 101
(201) 282-6501 (fax)
Mittelmandov@yahoo.com

*Attorneys for Plaintiff*

Respectfully submitted,

/s/ Jarrod D. Shaw

Jarrod D. Shaw, *admitted pro hac vice*
McGuireWoods LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
(412) 667-6000
(412) 667-6050 (fax)
jshaw@mcguirewoods.com

Anastasia P. Cordova
McGuireWoods LLP
1251 Avenue of the Americas

20th Floor
New York, NY 10020
(212) 548-7016
(212) 715-6292 (fax)
acordova@mcguirewoods.com

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*