```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/21/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
WOLF STEIN, individually and on
behalf of all others similarly situated,
                Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.; and JOHN DOES
1–25,
                Defendants.
--------------------------------------------------------------x

**ORDER OF PARTIAL DISMISSAL**

19 CV 269 (VB)

      The Court has been advised that plaintiff and defendant Experian Information Solutions, Inc. ("Experian") have settled. (Doc. #49). Accordingly, it is hereby ORDERED that this action is dismissed as to defendant Experian only, without costs and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than September 20, 2019. To be clear, any application to rejoin Experian must be filed by September 20, 2019, and any application to rejoin Experian filed thereafter may be denied solely on the basis that it is untimely.

      Experian's pending motion (Doc. #40) is moot.

      In addition, by August 28, 2019, plaintiff shall file a letter informing the Court whether it is proceeding with this action against the John Doe defendants, or whether plaintiff's claims are fully resolved and the Court may close the case.

      The Clerk is instructed to (i) terminate the motion (Doc. #40) and (ii) defendant Experian Information Solutions, Inc.

Dated: August 21, 2019
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge